## 34061. MOON v. MOON.

PER CURIAM.

There was evidence to sustain the trial judge's reduction of the father's child support obligation. Code Ann. § 30-220.

*Judgment affirmed. All the Justices concur.*

SUBMITTED SEPTEMBER 15, 1978 — DECIDED
OCTOBER 18, 1978.

*Mull, Sweet & Harper, John F. Sweet,* for appellant.
*Kyle Yancey,* for appellee.